# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>HUSAM AL NAJJAR<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No.  3:24MJ5089 |

**FILED**

4:06 pm Mar 14 2024

Clerk U.S. District Court
Northern District of Ohio
Toledo

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 14, 2024__ in the county of __Lucas__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC, Section 922(g)(5)(A) | alien unlawfully in the United States in possession of a firearm or ammunition |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*Complainant's signature*

Martin E. Lawson, Special Agent, HSI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: March 14, 2024

*Judge's signature*

City and state: Toledo, Ohio

Darrell A. Clay, U.S. Magistrate Judge
*Printed name and title*