

FILED
APR 03 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | **3:24 CR 110** |
| | ) | **JUDGE CARR** |
| v. | ) | **MAG. JUDGE CLAY** |
| HUSAM AL NAJJAR, | ) | CASE NO. |
| | ) | Title 18, United States Code, |
| Defendant. | ) | Sections 922(g)(5)(A) and |
| | ) | 924(a)(8) |

COUNT 1
(Unlawful Alien in Possession of a Firearm, 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8))

The Grand Jury charges:

1. On or about March 14, 2024, in the Northern District of Ohio, Western Division, Defendant HUSAM AL NAJJAR, knowing he was an alien illegally and unlawfully in the United States, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, Model 45, 9mm pistol, serial number BKDX883, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2. The allegations of Count 1 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant HUSAM AL NAJJAR shall forfeit to the United States any and all firearms



ORIGINAL

and ammunition involved in or used in the commission of the violation charged in Count 1; including, but not limited to, the following: a Glock, Model 45, 9mm pistol, serial number BKDX883.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.